IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ADRIAN M. PATE, a minor suing by next friend and parent, MELISSA R. PATE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO.: 99-1031 B/An |
| WILLIAM B. RAIFORD III and MERKEL & COCKE, a Professional Association, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER DIRECTING CLERK TO DISBURSE FUNDS

Pursuant to the Report and Recommendation entered by Magistrate Judge Anderson on November 10, 2004 and the Order Adopting Magistrate Judge's Report & Recommendation entered on December 6, 2004, the Clerk of Court is directed to issue a check in the amount of $58,250.00 to Friendship Bank, 3080 Highway 51 South, Covington, Tennessee 38019 to pay off the balance of the home loan on 159 South Haven Drive in Parsons, Tennessee.

IT IS SO ORDERED this 5th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/7/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 1:99-CV-01031 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Melissa R. Pate
294 Alabama Ave.
Parsons, TN 38363

Randall L. Kinnard
KINNARD CLAYTON & BEVERIDGE
127 Woodmont Blvd.
Nashville, TN 37205

Richard Ray Hedgepath
COLLINS HEDGEPATH & YOUNG
4800 Charlotte Ave.
Nashville, TN 37209

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Daniel L. Clayton
KINNARD CLAYTON & BEVERIDGE
127 Woodmont Blvd.
Nashville, TN 37205

R. Dale Bay
LEWIS KING KRIEG & WALDROP, PC
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT