IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ADRIAN M. PATE,
*a minor suing by his parent and
next friend,* Melissa R. Pate, and
MELISSA R. PATE,

      Plaintiffs,

Case No. 1:99-cv-01031-JDB-egb

v.

WILLIAM B. RAIFORD, III, *et al.*,

      Defendants.

## REPORT AND RECOMMENDATION

On December 11, 2013, a telephonic conference was conducted by the undersigned with Ms. Melissa R. Pate, the mother of Adrian Pate and attorneys Danny Ellis as guardian *ad litem* for Adrian Pate, Mr. Daniel Clayton, attorney for Ms. Pate, and Mr. Dale Bay, attorney for William B. Raiford, III and Merkel & Cocke, a Professional Association concerning the disbursement of approximately $4,000.00 remaining in U.S. District Court trust accounts. All parties and counsel agreed that Ms. Pate, as the mother of Adrian Pate, over the years, has proven herself to be diligent and conservative in her oversight and control of the funds entrusted to her on behalf of her son Adrian Pate. As such, it is the report and recommendation of the Magistrate Judge that the balance of these funds in the Clerk's Office be transferred to Ms. Pate for her use in paying any taxes on said property and maintaining the house for the continued use and benefit of her son Adrian Pate.

Respectfully Submitted,

<u>s/Edward G. Bryant</u>
UNITED STATES MAGISTRATE JUDGE

Date: **January 30, 2014**

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATIONS MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATIONS. 28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**