IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ADRIAN M. PATE,
*a minor suing by his parent and
next friend*, Melissa R. Pate, and
MELISSA R. PATE,

    Plaintiffs,

v.    No. 99-1031

WILLIAM B. RAIFORD, III, *et al*.,

    Defendants.

___

ORDER ADOPTING REPORT AND RECOMMENDATION
___

Following a telephonic status conference, the magistrate judge, on January 30, 2014, entered a report and recommendation recommending that the balance of the approximately $4,000 remaining in U.S. District Court trust accounts be transferred to Ms. Pate, the mother of Adrian Pate. (D.E. 51.) The magistrate judge recommended the transfer to Ms. Pate "for her use in paying any taxes on said property and maintaining the house for the continued use and benefit of her son Adrian Pate." (Id.) To date, no objection to the report and recommendation has been filed and the time for such objection has expired.

Upon review, the report and recommendation is hereby ADOPTED in its entirety.

IT IS SO ORDERED this 14th day of February, 2014.

                                          s/ J. DANIEL BREEN
                                          CHIEF UNITED STATES DISTRICT JUDGE